# IN THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| **FREDRICO EMANUEL WOLFE** | * | |
| *Plaintiff,* | * | |
| | * | |
| **CITY OF CHATTANOOGA,** | * | No.: 1:19-cv-00100-TRM-SKL |
| **OFFICER BENJAMIN PIAZZA,** | * | |
| **OFFICER AUSTIN SWAFFORD, and** | * | |
| **OFFICER TYLER PEROCCHI,** | * | |
| or in the alternative, | * | |
| **OFFICER JOHN DOE 1,** | * | Judge Mattice |
| and **OFFICER JOHN DOE 2,** | * | |
| In their individual and | * | |
| official capacities as agents | * | |
| and employees of the City | * | |
| of Chattanooga, | * | |
| | * | |
| *Defendants*. | * | |

---

**NOTICE OF SERVING INITIAL DISCLOSURES OF TYLER PEROCCHI**

---

COMES NOW, the Defendant, Officer Tyler Perocchi, by and through undersigned counsel, and hereby files this Notice of Serving Initial Disclosures upon counsel for all the parties by e-mail and U.S. Mail on June 6, 2019.

    Respectfully submitted,

    **DAVIS & HOSS, P.C.**


    s/Janie Parks Varnell
    Janie Parks Varnell, BPR #031256
    850 Fort Wood Street
    Chattanooga, TN 37403
    (423) 266-0605
    (423) 266-0687 – fax
    janie@davis-hoss.com
    *Attorney for Defendant Officer Perocchi*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

      This 6th Day of June 2019.

      /s/ Janie Parks Varnell
      JANIE PARKS VARNELL